# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147261(86)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant/
      Cross-Appellee,

v

      SC: 147261
      COA: 307028
      Calhoun CC: 2011-001705-FC

LEVON LEE BYNUM,
      Defendant-Appellee/
      Cross-Appellant.
_____/

      On order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan to participate in oral argument by sharing ten minutes of defense counsel's allotted time for argument is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2014



Clerk